No. 328. KANSAS CITY TERMINAL RAILWAY Co. *v.* THOMPSON, TRUSTEE, ET AL. Supreme Court of Missouri. Certiorari denied. *Samuel W. Sawyer* and *Horace F.*

*Blackwell, Jr.* for petitioner. *M. G. Roberts* and *Clifford B. Kimberly* for Thompson, Trustee; and *Edwin D. Franey* for Graham, Administratrix, respondents.